STATE OF CONNECTICUT *v.* RALPH SMITH

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 646, is denied.

*Louis S. Avitabile,* in support of the petition.

*Leon F. Dalbec, Jr.,* deputy assistant state's attorney, in opposition.

Decided November 9, 1989

STATE OF CONNECTICUT *v.* LUIS MALDONADO

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 137, is denied.

*Paul F. Thomas* and *David P. Friedman,* special public defenders, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided November 9, 1989

HENRY FRIEDLANDER *v.* CLAIRE FRIEDLANDER

The plaintiff's petition for certification for appeal from the Appellate Court, 20 Conn. App. 803, is denied.

*Henry Friedlander,* pro se, in support of the petition.

*Saul Kwartin,* in opposition.

Decided November 9, 1989

HOFFMAN AUTO LEASING *v.* MARK SILK, P.C.

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Mark R. Silk,* pro se, in support of the petition.

Decided November 29, 1989